UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOHN O'DONNELL,<br><br>               Plaintiff,<br>   v.<br>BRUCE GRIGGS, *et al.*,<br><br>               Defendants.<br>_____/ | No. C 09-04885 SBA (LB)<br><br>**ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Oral argument on Plaintiff's Motion for Default Judgment is currently scheduled for December 2, 2010 at 11:00 a.m. in Courtroom 4.  *See* ECF No. 32.  The Court **HEREBY RESCHEDULES** oral argument on Plaintiff's Motion for Default Judgment to <u>December 2, 2010 at 10:00 a.m. in Courtroom 1</u>.

**IT IS SO ORDERED.**

Dated: November 22, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 09-04885