DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
ANNIE S. AMARAL (Bar No. 238189)
SPENCER W. CHRISTENSEN (Bar No. 267154)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
jdreher@downeybrand.com
aamaral@downeybrand.com
schristensen@downeybrand.com

Attorneys for Plaintiff
JOHN O'DONNELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'DONNELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE GRIGGS, an individual and GRIGGS RACING PRODUCTS, INC., a California corporation,<br><br>Defendants. | Case No.  C-09-4885-SBA<br><br>**REQUEST FOR TELEPHONIC APPEARANCE [AND ~~PROPOSED~~ ORDER] AT HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date:   December 2, 2010<br>Time:  10:00 a.m.<br>Dept:   Courtroom 1 |

A hearing on Plaintiff John O'Donnell's Motion for Default Judgment is scheduled to commence at 10:00 a.m. on December 2, 2010.  This Motion is unopposed.  Ms. Amaral respectfully requests permission to appear telephonically at the hearing on Plaintiff's Motion for Default Judgment.  The phone number for Ms. Amaral is (916) 520-5243.

DATED:  November 24, 2010                     DOWNEY BRAND LLP


                                              By:        /s/ Annie S. Amaral
                                                     ANNIE S. AMARAL
                                                     Attorney for Plaintiff
                                                     JOHN O'DONNELL

1125950.1

1

1 **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

2

3 DATED: ~~November , 2010~~ By: _____
November 26, 2010      Hon. Laurel Beeler
4                                           United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Laurel Beeler, signed]*

1125950.1                               2

REQUEST FOR TELEPHONIC APPEARANCE [AND ~~PROPOSED~~ ORDER] AT HEARING