UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN O'DONNELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRUCE GRIGGS and GRIGGS RACING PRODUCTS, INC.,<br><br>　　　　Defendants. | Case No: C 09-4885 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Accepting Report and Recommendation of Magistrate Judge regarding Plaintiff's Motion for Default Judgment,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiff. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 1/31/11

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge